IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY SCOTT PORTA                                                                                    PLAINTIFF

v.                                             Civil No. 2:16-CV-02073-MEF

SHERIFF RON BROWN and SGT. CARRIE                                                      DEFENDANT
DOWDY

## ORDER

Plaintiff has filed a motion (Doc. 18) to voluntarily dismiss this case.[1] Defendants have voiced no objection. The Clerk is directed to treat this as a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

IT IS SO ORDERED this 19th day of May, 2017.

/s/ Mark E. Ford

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

---

[1] A Summary Judgment questionnaire was sent to Plaintiff on the same day his motion to dismiss was filed. Plaintiff answered the questionnaire as directed by the Court, but did not indicate he wished to withdraw his motion to dismiss.

1